UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA EISNOR,<br><br>Defendant | Criminal No. 22cr10125<br><br>Violation:<br><br><u>Count One</u>: Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone (21 U.S.C. § 846)<br><br><u>Forfeiture Allegation</u>:<br>(21 U.S.C. § 853) |

## INFORMATION

At all times relevant to this Information:

### General Allegations

1. Defendant JOSHUA EISNOR ("EISNOR") was a resident of North Reading, Massachusetts.

2. EISNOR was a firefighter employed by the Malden, Massachusetts Fire Department ("MFD").

3. From at least 2017 through in or about December 2021, both while working shifts for the MFD and off-duty, EISNOR distributed controlled substances to other MFD firefighters. These controlled substances included Oxycodone, Adderall, and Klonopins. Some of these exchanges took place within the MFD building to which EISNOR was assigned.

4. EISNOR exchanged controlled substances for cash and for other controlled substances.

# COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
(21 U.S.C. § 846)

The United States Attorney charges:

5. The United States Attorney re-alleges and incorporates by reference paragraphs 1-4.

6. From in or about 2017 through in or about December 2021, in Malden and elsewhere, in the District of Massachusetts, the defendant,

JOSHUA EISNOR,

conspired with other persons known and unknown to the United States, to knowingly and intentionally distribute and possess with intent to distribute Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

# DRUG FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The United States Attorney further alleges:

7. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendant,

JOSHUA EISNOR,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

8. If any of the property described in Paragraph 7, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 7 above.

All pursuant to Title 21, United States Code, Section 853.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Eugenia M. Carris*
Eugenia M. Carris
Howard Locker
Assistant U.S. Attorneys

Date: May 26, 2022